IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01989-CMA-MJW

RICHARD VILLANUEVA,

Plaintiff,

v.

CITY OF FOUNTAIN,
CITY OF FOUNTAIN FIRE DEPARTMENT, and
DARIN ANSTINE, *in his individual and official capacities*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Amended Protective Order (docket no.32) is GRANTED finding good cause shown.  The Amended Stipulated Protective Order (docket no. 32-1) is APPROVED and made an Order of Court.

Date: February 16, 2016